

FILED
NOV -9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDRE MIGHTY | : | NO. |
| | : | 05-790 |
| vs. | : | |
| | : | |
| WARDEN, MPCJF | : | |
| GANDER HILL PRISON AND | : | |
| BUREAU OF IMMIGRATION AND | : | |
| CUSTOMS ENFORCEMENT (BICE) | : | |

## MOTION FOR WRIT OF HABEAS CORPUS
## PURSUANT TO 28 U.S.C. §2241

AND NOW, the petitioner, Andre Mighty, by and through his attorney, Elliot M. Cohen, Esquire, does file the within Motion and avers as follows:

1. The petitioner, Andre Mighty, is being incarcerated, by the respondent, The Multi Purpose Criminal Justice Facility (MPCJF) at Gander Hill Prison. The petitioner is presently being held pursuant to an immigration detainer filed by the respondent, BICE.

2. Petitioner's counsel represented the petitioner in three criminal matters; one federal criminal matter charging firearms violations

docketed in the United States District Court for the District of Delaware and two assault matters docketed in the Superior Court of Delaware - New Castle County. All matters were dismissed.

3. Petitioners's counsel avers and therefore believes that there are no other pending criminal matters against the petitioner.

4. Prior to the petitioner's incarceration he had sought work authorization from BICE (Then INS). The petitioner is a Jamaican National.

5. The petitioner's continued incarceration is illegal and he should be released.

6. Respondent's counsel has made repeated telephone calls to the BICE Agent handling the petitioner's case, Mr. William Horn (302) 730-9315), and these calls have gone unanswered and unreturned. Furthermore, petitioner's counsel is not aware of any removal proceedings commenced against the petitioner by way of the issuance of a Notice to Appear. Instead, the petitioner languishes in the respondent's custody.

WHEREFORE, for all of the foregoing reasons, it is respectfully requested that the within Petition be GRANTED.

                              Respectfully submitted,

                              LOUIS T. SAVINO & ASSOCIATES

By: _____
      ELLIOT M. COHEN, ESQUIRE
      Attorney for Petitioner

## CERTIFICATE OF SERVICE

Elliot M. Cohen, Esquire being duly sworn according to law, deposes and says that on the 7th day of *November, 2005* a copy of the within document was served upon the following individuals:

United States Attorney's Office
for the District of Delaware
1007 Orange Street
Wilmington, Delaware 19801

Warden
MPCJF - Gander Hill Prison
P.O. Box 9279
Wilmington, Delaware 19809

United States District Court
for the District of Delaware
Attention: Clerk's Office
844 King Street
Wilmington, Delaware 19801

*Respectfully submitted,*

LOUIS T. SAVINO & ASSOCIATES

By: _____
ELLIOT M. COHEN, ESQUIRE
Attorney for Petitioner

# LTS, P.C.
Louis T. Savino, P.C.

Suite 1516

Two Penn Center Plaza

15th & JFK Boulevard

Philadelphia, PA 19102



```
***     PB659144 7
113     00.77⁰ NOV 08 05
4581$   PHILADELPHIA, PA  19102
7408
```

U.S.
X-RAY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
ATTENTION: CLERK'S OFFICE
844 KING STREET
WILMINGTON, DELAWARE 19801