FILED

NOV -9 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDRE MIGHTY | : | NO.   05-790 |
| | : | |
| vs. | : | |
| | : | |
| WARDEN, MPCJF | : | |
| GANDER HILL PRISON AND | : | |
| BUREAU OF IMMIGRATION AND | : | |
| CUSTOMS ENFORCEMENT (BICE) | : | |

ORDER

AND NOW, this ___ day of _____, 2005, it is hereby ORDERED and DECREED that the petitioner's Motion for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is GRANTED.

BY THE COURT:

_____
J.