05-790 GMS

# LTS, P.C.

Louis T. Savino, P.C.

**Attorney at Law**
Louis T. Savino, Jr.

Suite 1516
Two Penn Center Plaza
15th & JFK Boulevard
Philadelphia, PA 19102
215.568.1300
Fax 215.568.1995

November 16, 2005

United States District Court
for the District of Delaware
844 King Street
Wilmington, Delaware 19801
Attention: Clerk's Office

    Re:    Andre Mighty vs. BCIE and Gander Hill Correctional Facility
            Habeas Corpus Motion

Dear Sir/Madam:

Please be advised that the Habeas Corpus Motion filed in the above case pursuant to 28 U.S.C. §2241 is withdraw as moot. Thank you.

Respectfully submitted,

ELLIOT M. COHEN

EMC:ji

cc:    Warden - Gander Hill Prison

        Edmund Falgowski, Esquire



RECEIVED
NOV 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE